ALFREDO CARRILLO-LOZANO
FILE NO. A14-603-497
CCA ELOY DETENTION CENTER
1705 E. HANNA ROAD
ELOY, AZ 85231

Pro Se Petitionet-Appellant
DETAINED U.S. CITIZEN



## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| ALFREDO CARRILLO-LOZANO,*<br>A United States Citizen,<br><br>　　　　Petitioner-Appellant,<br><br>　v.<br><br>ERIC H. HOLDER, Jr.,** Attorney<br>　General of the United States,<br>JANET NAPOLITANO,** Secretary, U.S.<br>　Department of Homeland Security,<br>KATRINA S. KANE, ICE Field Office<br>　Director, and CHARLES DE ROSA,**<br>　Warden, Eloy Detention Center,<br><br>　　　　Respondents-Appellees. | No. CIV-07-1861-GMS (DKD)<br><br>NOTICE OF APPEAL<br><br>F.R.A.P. 4(a)<br><br>28 U.S.C. § 1291 |

\* Detained since March 9, 2006.

\*\* Fed.R.Civ.P. 25(d)(1).

　　**NOTICE IS HEREBY GIVEN** that the above named Petitioner-Appellant, a Fourteenth Amendment Citizen of the United States member of a protected class, hereby respectfully appeals to the United States Court of Appeals for the Ninth Circuit from the decisions and ORDER of this Court denying and dismissing with prejudice this instant Petition for a Writ of Habeas Corpus and the DENIAL of an application for a Restraining Order and Preliminary Injunctive Relief and JUDGMENT entered on November 16, 2009, in this action.

　　The Petitioner-Appellant herein respectfully requests that a copy of the entire record on file in this action being appealed from be forwarded to the Court of Appeals pursuant to 28 U.S.C. § 1291.

　　I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Date: 12-11-09

PROOF OF SERVICE attached.

Respectfully submitted,
Alfredo Carrillo-Lozano
A United States Citizen

DETAINED

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

ALFREDO CARRILLO-LOZANO,

    Petitioner,

v.

KATRINA S. KANE, et al,

    Respondents.

Case Number:
NO. CIV-07-1861-PHX- GMS (DKD)

PROOF OF SERVICE

28 U.S.C. § 1746

I hereby certify that on __12-11-09__, I served a copy of the attached NOTICE OF APPEAL, F.R.A.P. 4(a), 28 U.S.C. § 1291 FROM THE DECISIONS AND ORDERS OF DENIALS AND DISMISSALS by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail in the institutional legal mail system at the Eloy Detention Center, Eloy, Arizona 85231: (LOGGED IN INSTITUTIONAL LEGAL MAIL REGISTRY.)

(List Name and Address of Each Defendant or Attorney Served)

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 130
401 W. Washington St., SPC-1
Phoenix, AZ 85003-2118

Peter M. Lantka, AUSA
United States Attorney's Office
Two Renaissance Square
40 No. Central Avenue, Ste. 1200
Phoenix, AZ 85004-4408

Clerk, U.S. Court of Appeals for the Ninth Circuit
P. O. Box 193939, San Francisco, CA 94119-3939

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12-11-09    *(signature)*
(Signature of Person Completing Service)
Alfredo Carrillo-Lozano
A United States Citizen
CCA ELOY DETENTION CENTER
1705 E. Hanna Road
Eloy, AZ 85231